UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BARRY JOSEPH CENAC                                         CIVIL ACTION

VERSUS                                                     NO: 11-1492-KDE-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on May 14, 2012 ( Rec. Doc. NO. 20), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 15) is granted and the motion of the plaintiff, Barry Joseph Cenac, for summary judgment (Rec. doc. 12) is denied.

New Orleans, Louisiana, this 24th day of May, 2012.

UNITED STATES DISTRICT JUDGE