# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**BARRY JOSEPH CENAC**                                    **CIVIL ACTION**

**VERSUS**                                                      **NO: 11-1492-KDE-SS**

**MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION**

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and

Recommendation filed by the plaintiff on May 14, 2012 ( Rec. Doc. NO. 20), hereby approves the

Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social

Security Administration, for summary judgment (Rec. doc. 15) is granted and the motion of the

plaintiff, Barry Joseph Cenac, for summary judgment (Rec. doc. 12) is denied.

New Orleans, Louisiana, this 24th day of May, 2012.

UNITED STATES DISTRICT JUDGE